David E. Schorr, Esq.
295 Madison Avenue, 12th Floor
New York, New York 10017

June 7, 2023

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   Marcia Schorr v. Sebastian Doggart, 23 Civ. 1862 (PAE)

Dear Judge Engelmayer:

I respectfully submit the following in response to the Court's Order to Show Cause of yesterday, June 6, 2023. (Doc. 10.)

As I had apprised the Court previously (Doc. 6), the petition is not being pursued. Accordingly, we have no objection to the petition being dismissed.

To the extent that I may have caused any misunderstanding or confusion, I very much apologize to the Court.

Respectfully submitted,

*David Schorr*

David E. Schorr

---

The Court has received plaintiff's letter requesting dismissal. *See also* Dkt. 6. Respondent has not appeared in the above-captioned action or responded to the Petition. Accordingly, the Court dismisses the petition, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of the Court is directed to close the above-captioned case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
June 8, 2023